JUDGE: LEIGHTON

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) <br> ) <br>     **Plaintiff,**      ) <br> ) <br> vs.      ) <br> ) <br> ) <br> ) <br> **JESSE G. NEELEY,**      ) <br> ) <br>     **Defendant.**      ) <br> _____) | NO.  CR06-5533RBL <br><br> AGREED ORDER <br> CONTINUING PRETRIAL <br> MOTIONS CUTOFF AND <br> TRIAL DATES |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, and that David Jennings, Assistant U.S. Attorney, is in agreement to a continuance, and that such a continuance is necessary for effective case preparation and would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the pretrial motions cutoff date of January 19th, 2007, is continued to April 9, 2007 and the trial date of February 5th, 2007, is continued to June 11, 2007.

(PROPOSED) AGREED ORDER
CONTINUING PRETRIAL MOTIONS
CUTOFF AND TRIAL DATES.. 1

DATED this 20th of January, 2007.

                                                           RONALD B. LEIGHTON
                                                           UNITED STATES DISTRICT JUDGE

Presented by:
/s/ RONALD D. NESS
State Bar Number 5299
Ronald D. Ness & Associates
420 Cline Avenue
Port Orchard, WA 98366
Telephone: (360) 895-2042
Fax: (360) 895-3602
E-Mail: info@nesslaw.com

Approved telephonically by:

/s/ DAVID JENNINGS
Assistant U.S. Attorney

(PROPOSED) AGREED ORDER
CONTINUING PRETRIAL MOTIONS
CUTOFF AND TRIAL DATES.. 2